# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Sheila Allen

                            Plaintiff,

v.                                                           Case No.: 1:13–cv–08285
                                                             Honorable John F. Grady

JPMorgan Chase Bank, NA, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 12, 2014:

      MINUTE entry before the Honorable John F. Grady: Initial status hearing held. By agreement of the parties, all defendants except JPMorgan Chase Bank, NA are voluntarily dismissed. The court bifurcates class discovery and merits discovery. The parties are directed to concentrate initially on class discovery and leave merits discovery for later. A further status hearing is set for May 14, 2014 at 10:30 a.m. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.