# EXHIBIT "A-2"

Allen v. JPMorgan Chase Bank NA

# Claim Form Receipt

**Thank You.** Your claim form has been submitted. Please print this page as your receipt.

Your Claim Number is **10828778601**. Please retain this number for your records.

[Print]

| | |
|---|---|
| Case Code: | JPA |
| Date: | August 25, 2015 |

## CLAIMANT INFORMATION

JANET E JABRANI
2038 MOONDANCE CT
O FALLON, MO 63368-6884

| | |
|---|---|
| Contact phone number: | (636) 379-0087 |
| Email Address: | janetandy@charter.net |

## CLAIM INFORMATION

| | |
|---|---|
| Cellular Phone Number(s): | (636) 379-0087 |
| Certification | I declare, under penalty of perjury under the laws of the United States, that the information above is true and accurate and that, on or after November 18, 2009 through May 19, 2015, I received one or more nonemergency automated telephone calls from Chase relating to an auto account to the cellular telephone number(s) listed above. This Claim may be researched and verified by Chase and the claims administrator. |

Please print this page and retain it for your records.

For more information about the settlement and the claims filing process, please review the Class Notice.



Home   Court Documents   Class Notice   Claim Form   On Line Claim Filing   Frequently Asked Questions

**Kurtzman Carson Consultants**   Terms of Use   Privacy Policy

www.kccllc.com