Case: 1:13-cv-08285 Document #: 72-1 Filed: 09/15/15 Page 1 of 2 PageID #:950

**Print** | **Close Window**

**Subject:** Allen v. JP Morgan Chase Bank
**From:** jckress@thekresslawfirm.com
**Date:** Fri, Sep 04, 2015 4:13 pm
**To:** Keith@Keoghlaw.com, acaffarelli@caffarelli.com
**Cc:** "Jonathan Fortman" <jef@fortmanlaw.com>, "Steve Miller" <sampc01@gmail.com>
**Attach:** File-Stamped Objection.pdf

Mr. Keogh & Mr. Caffarelli:

Attached, please find a courtesy copy of the objection filed in the above referenced case today on behalf of Enzo Sberna. We have some ideas as to how this settlement could be improved for the class members. I'd like to speak with you about this matter after the Holiday weekend, if you are available.

Feel free to call me on my cell at (314) 267-7905 after 12:00 p.m. on Tuesday September 8th or any day thereafter.

Otherwise, have a safe and enjoyable Labor Day weekend.

John C. Kress

NOTE: The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from sender to recipient, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passes through. I am communicating to you via-email because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please advise me AT ONCE.

The information contained in this electronic mail transmission (and any accompanying attachments) is intended solely for its authorized recipient(s), and may be confidential and/or legally privileged. If you are not an intended recipient, you have received this transmission in error and are hereby notified that you are strictly prohibited from reading, copying, printing, distributing or disclosing any of the information contained in it. In that event, please contact us immediately by telephone at (314) 631-3883 and delete the original and all copies of this transmission (including any attachments) without reading or saving in any manner.

THE KRESS LAW FIRM, LLC
4247 SOUTH GRAND BOULEVARD
ST. LOUIS, MISSOURI 63111
(314) 631-3883
FAX (314) 332-1534

Copyright © 2003-2015. All rights reserved.