**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Sheila Allen
                              Plaintiff,

v.                                                  Case No.: 1:13–cv–08285
                                                           Honorable Rebecca R. Pallmeyer

JPMorgan Chase Bank, NA, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 16, 2015:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion hearing held on 9/16/2015. Plaintiff's motion to consolidate deadlines, and for leave to conduct limited discovery on the objectors [70] granted. Objectors to respond to the document request within 7 days and the depositions to take place within 7 days thereafter. Date for responding to any objections to the proposed settlement are extended to the date originally set. Parties are encouraged to discuss an agreed resolution to their disputes. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.