UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHEILA ALLEN, on behalf of himself and all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>　　Defendant. | NO. 1:13-cv-08285<br><br>Assigned to the Honorable Rebecca R. Pallmeyer<br><br>Magistrate Judge Schenkier |

### UNOPPOSED NOTICE OF WITHDRAWAL OF OBJECTION BY OBJECTOR JANET JABRANI

　　Objector Janet Jabrani, by her undersigned counsel, pursuant to Fed R. Civ. P. 23(e)(5), hereby withdraws her objection to the settlement and fees in the above-captioned case, and respectfully requests that this Honorable Court approve the withdrawal of her objection to the settlement. No money has been sought or received by Mrs. Jabrani or her counsel in return for this withdrawal. Mrs. Jabrani simply does not wish to go forward any longer in this objection or her deposition. Class counsel and Plaintiff are unopposed to this request.

DATED: September 23, 2015　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ C. Jeffrey Thut*
　　　　　　　　　　　　　　　　　　　　　　　C. Jeffrey Thut
　　　　　　　　　　　　　　　　　　　　　　　516 N. Milwaukee Ave.
　　　　　　　　　　　　　　　　　　　　　　　Libertyville, Illinois 60048
　　　　　　　　　　　　　　　　　　　　　　　Telephone:　　(847) 549-0600
　　　　　　　　　　　　　　　　　　　　　　　Facsimile:　　(847) 549-0312
　　　　　　　　　　　　　　　　　　　　　　　Email: jeff@roachjohnstonthut.com

　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Objector Janet Jabrani

**Certificate of Service**

      The undersigned certifies that today he filed the foregoing document on ECF which will send electronic notification to all attorneys registered for ECF-filing. The undersigned further certifies he caused to be served via USPS First Class Mail, postage prepaid, a copy of this document upon the following.

DATED: September 23, 2015

Keith Keogh, Esq.
Keogh Law, Ltd.
55 Monroe St., 3390
Chicago, IL 60603

Julia B. Strickland, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East
Los Angeles, CA 90067-3086

                                                              /s/ C. Jeffrey Thut
                                                              C. Jeffrey Thut