UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Sheila Allen
                    Plaintiff,

v.                                       Case No.: 1:13−cv−08285
                                          Honorable Rebecca R. Pallmeyer

JPMorgan Chase Bank, NA, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 1, 2015:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion hearing held on 10/1/2015. Motion to compel Ms. Carlsen's compliance with the court's September 16, 2015 [77] is granted. Discovery responses to be provided, and Ms. Carlson is to appear for deposition, by close of business on October 5, 2015. Because the delay will require counsel to order an expedited transcript, the additional fee for expedited transcript is to be paid by Ms. Carlson. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.