# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

_____

| | | |
|---|---|---|
| **SHEILA ALLEN, on behalf** | : | **No. 1:13-cv-08285** |
| **of herself and others** | : | |
| **similarly situated** | : | |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | **Assigned to the Honorable Rebecca R. Pallmeyer** |
| | : | |
| **JP MORGAN CHASE** | : | |
| **BANK, N.A.** | : | |
| **Defendant** | : | **Magistrate Judge Schenkier** |

_____:

## UNOPPOSED NOTICE OF WITHDRAWAL OF OBJECTION BY OBJECTOR CANDYSSE S. CARLSEN

Objector Candysse S. Carlsen, by her undersigned counsel, pursuant to Fed R. Civ. P. 23(e)(5), hereby withdraws her objection to the settlement and fees in the above-captioned case, and respectfully requests that this Honorable Court approve the withdrawal of her objection to the settlement. No money has been sought or received by Ms. Carlsen or her counsel in return for this withdrawal. Ms. Carlsen simply does not wish to go forward any longer in this objection or her deposition. Class counsel and Plaintiff are unopposed to this request.

Dated: October 5, 2015

_/s/ Brent F. Vullings_____
Brent F. Vullings, Esq.
3953 Ridge Pike, Suite 102
Collegeville, PA 19426
Telephone: (610) 489-6060
Fax: (610) 489-1997
Attorney for Objector Candysse S. Carlsen

**Certificate of Service**

The undersigned certifies that today he filed the foregoing document on ECF which will send electronic notification to all attorneys registered for ECF-filing. The undersigned further certifies he caused to be served via USPS First Class Mail, postage prepaid, a copy of this document upon the following.

Keith Keogh, Esq.
Keogh Law, Ltd.
55 Monroe St., 3390
Chicago, IL 60603

Julia B. Strickland, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East
Los Angeles, CA 90067-3086

Dated: October 5, 2015          _/s/ Brent F. Vullings_____
         Brent F. Vullings, Esq.
         3953 Ridge Pike, Suite 102
         Collegeville, PA 19426
         Telephone: (610) 489-6060
         Fax: (610) 489-1997
         Attorney for Objector Candysse S. Carlsen