UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SHEILA ALLEN, on behalf of himself and all others similarly situated,

Plaintiff,

v.

JP MORGAN CHASE BANK, N.A.,

Defendant.

NO. 1:13-cv-08285

Assigned to the Honorable Rebecca R. Pallmeyer

Magistrate Judge Schenkier

**NOTICE OF APPEAL**

Notice is hereby given that Class Member/Objector Robert Burack appeals to the United States Court of Appeals for the Seventh Circuit from the Order approving Class Counsel's application for attorneys' fees and costs (Dkt. #92) entered in this action on October 21, 2015 and Final Approval Order and Judgment (Dkt. #93) entered in this action on October 21, 2015.  Class Member/Objector also hereby appeals from any order or judgment approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying these objectors or the objection filed by these objectors, including any entered or signed subsequent to this notice of appeal. A copy of Dkt. #92 and Dkt. #93 are attached hereto.  (See Exhibits "A" and "B").

DATED:  October 29, 2015                    Respectfully submitted,

/s/ C. Jeffrey Thut
C. Jeffrey Thut
516 N. Milwaukee Ave.
Libertyville, Illinois  60048
Telephone:   (847) 549-0600
Facsimile:    (847) 549-0312
Email:  jeff@roachjohnstonthut.com

Attorneys for Objector/Class Member

**Certificate of Service**

The undersigned certifies that today he filed the foregoing Notice of Appeal and associated exhibits on ECF which will send electronic notification to all attorneys registered for ECF-filing. The undersigned further certifies he caused to be served via USPS First Class Mail, postage prepaid, a copy of this Notice of Appeal and associated exhibits upon the following:

DATED: October 29, 2015

Keith Keogh, Esq.
Keogh Law, Ltd.
55 Monroe St., 3390
Chicago, IL 60603

Julia B. Strickland, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East
Los Angeles, CA 90067-3086

/s/ *C. Jeffrey Thut*