# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Sheila Allen

                                                     Plaintiff,

v.                                                                          Case No.: 1:13–cv–08285
                                                                         Honorable Rebecca R. Pallmeyer

JPMorgan Chase Bank, NA, et al.

                                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 12, 2015:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion hearing held on 11/12/2015. For the reasons stated in court and set forth in Class Plaintiffs' motion, Class Plaintiffs' motion for appeal bond [99] granted. The court requires that appellant post an appeal bond pursuant to FED. R. APP. P. 7 in the amount of $121,886.00. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.