# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHEILA ALLEN, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>    Defendant. | NO. 1:13-cv-08285<br><br>Assigned to the Honorable Rebecca R. Pallmeyer<br><br>Magistrate Judge Schenkier |

## EMERGENCY MOTION TO STAY APPEAL BOND

Pursuant to Federal Rule of Appellate Procedure 8(a)(1)(A), Appellant Robert Burack files this his Emergency Motion to Stay Appeal Bond.

On November 12, 2015, the Court granted class plaintiffs' motion for bond and ordered that Appellant Robert Burack post a bond in the amount of $121,886.00 under Rule 7 of the Federal Rules of Appellate Procedure. The minute entry does not specify a date on which the bond must be posted, but class plaintiffs' motion asked that the $121,886.00 be posted by December 7, 2015.

Appellant Robert Burack seeks a stay of this Court's bond order in order for the Seventh Circuit to consider the bond order and whether is permitted by Rule 7 of the Rules of Appellate Procedure based on the reasons presented to the Court on or about November 10, 2015 in the Opposition to Motion for Appeal Bond (Dkt# 101). Appellant must seek a stay in this Court of the bond order prior to seeking a stay in the Seventh Circuit under Rule 8(a)(1)(A) above. Appellant intends to make a motion for stay and vacation of the appeal bond order on or before November

30, 2015.

For the foregoing reasons, Appellant respectfully requests that this Court stay the November 12, 2015 bond order pending a resolution of a stay or vacation of that order in the Seventh Circuit. Appellant intends to file a motion to stay and vacate in the Seventh Circuit on or before November 30, 2015.

DATED:  November 24, 2015    Respectfully submitted,

                                                                   /s/ *C. Jeffrey Thut*
                                                                   C. Jeffrey Thut
                                                                   516 N. Milwaukee Ave.
                                                                   Libertyville, Illinois  60048
                                                                   Telephone:     (847) 549-0600
                                                                   Facsimile:      (847) 549-0312
                                                                   Email:  [jeff@roachjohnstonthut.com](mailto:jeff@roachjohnstonthut.com)

                                                                  Attorneys for Objector/Appellant

# Certificate of Service

I hereby certify that on November 24, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, Eastern Division by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

DATED: November 24, 2015

                                                                                                                                         /s/ *C. Jeffrey Thut*  
                                                                                                                                         C. Jeffrey Thut