| | |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **FOR THE NORTHERN DISTRICT OF ILLINOIS** |
| 3 | **EASTERN DIVISION** |

| | | |
|---|---|---|
| 4 | **SHEILA ALLEN, on behalf of herself and all others similarly situated,** | |
| 5 | | **NO. 1:13-cv-08285** |
| 6 | Plaintiff, | |
| 7 | v. | **Assigned to the Honorable Rebecca R. Pallmeyer** |
| 8 | **JP MORGAN CHASE BANK, N.A.,** | |
| 9 | | **Magistrate Judge Schenkier** |
| 10 | Defendant. | |

**SUPPLEMENTAL NOTICE OF APPEAL**

Out of an abundance of caution, in addition to and as a supplement to the prior notice of appeal, notice is hereby given that Class Member/Objector Robert Burack and his counsel appeal to the United States Court of Appeals for the Seventh Circuit from the order (Dkt. #98) entered in this action on or about November 3, 2015, the order (minute entry) (Dkt. #102) entered in this action on or about November 12, 2015, and any other order or judgment identifying, concerning or relating to an appeal bond, Mr. Burack and/or his counsel.

DATED: November 30, 2015

Respectfully submitted,

/s/ *C. Jeffrey Thut*
C. Jeffrey Thut
516 N. Milwaukee Ave.
Libertyville, Illinois 60048
Telephone: (847) 549-0600
Facsimile: (847) 549-0312
Email: jeff@roachjohnstonthut.com

Attorneys for Objector/Class Member

## Certificate of Service

The undersigned certifies that today he filed the foregoing Notice of Appeal on ECF which will send electronic notification to all attorneys registered for ECF-filing.

                                                                         /s/ *C. Jeffrey Thut*