# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |



**ORDER**

December 4, 2015

Before

DIANE P. WOOD, *Chief Judge*
KENNETH F. RIPPLE, *Circuit Judge*
MICHAEL S. KANNE, *Circuit Judge*

| | |
|---|---|
| No. 15-3425 | SHEILA ALLEN, individually and on behalf of all others similarly situated,<br>Plaintiff - Appellee<br><br>v.<br><br>J.P. MORGAN CHASE BANK, NA<br>Defendant<br><br>APPEAL OF: ROBERT BURACK |
| **Originating Case Information:** | |
| District Court No: 1:13-cv-08285<br>Northern District of Illinois, Eastern Division<br>District Judge Rebecca R. Pallmeyer | |

The following are before the court:

1. **EMERGENCY MOTION TO STAY APPEAL BOND**, filed on November 30, 2015, by counsel for the appellant.

2. **RESPONSE TO OBJECTOR ROBERT BURACK'S EMERGENCY MOTION TO STAY APPEAL BOND**, filed on December 3, 2015, by counsel for the appellee.

Appeal no. 15-3425 Page 2

    3.    **REPLY IN SUPPORT OF MOTION TO STAY APPEAL BOND**, filed on December 3, 2015, by counsel for the appellant.

    **IT IS ORDERED** that the motion to stay the existing appeal bond of $121,886 pending appeal is **GRANTED** to the extent that we modify the amount of that bond to $5,000. The parties may address the appropriateness of the bond in their merits briefs. Federal Rule of Appellate Procedure 7 refers specifically and only to "a bond . . . necessary to ensure payment of costs on appeal." Special problems related to abuse by class action objectors must be handled in other ways, primarily through a motion under Federal Rule of Appellate Procedure 38 for sanctions.

    **IT IS FURTHER ORDERED** that in the interest of prompt resolution of the appeal, no extensions to the briefing schedule will be granted.

CERTIFIED COPY
A True Copy
Teste:
Christina Duft Hodkins
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_Order_3J**(form ID: **177**)