# BANDAS LAW FIRM, P.C.
Attorneys at Law

CHRISTOPHER A. BANDAS

500 N. Shoreline, Suite 1020
Corpus Christi, Texas 78471
(361) 698-5200 Office
(361) 698-5222 Fax

February 11, 2016

Clerk of Court
Everett McKinley Dirksen
United States District Court
for the Northern District of Illinois
219 South Dearborn Street, 20th Floor
Chicago, IL 60604

Re: *Allen v. JPMorgan Chase Bank, NA et al;*
Case No. 1: 13-cv-08285

**FILED**
FEB 16 2016
FEB 16 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear Sir or Madam:

On January 20, 2016, Appellant Robert Burack filed an Unopposed Motion to Dismiss Appeal. The motion stated each party would bear its own costs. On January 21, 2016, the Seventh Circuit issued an Order granting Objector Robert Burack's Unopposed Motion to Dismiss Appeal.

Therefore, Robert Burack respectfully requests that the Court release the appeal bond in the amount of $5,000 to his attorney Christopher A. Bandas in this case.

Should you have any further questions please do not hesitate to contact our office.

Best regards,

Donna L. Lopez
Paralegal for Christopher A. Bandas