*TPM*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SHEILA ALLEN, on behalf of himself and all others similarly situated, | NO. 1:13-cv-08285 |
| Plaintiff, | |
| v. | Assigned to the Honorable Rebecca R. Pallmeyer |
| JP MORGAN CHASE BANK, N.A., | Magistrate Judge Schenkier |
| Defendant. | |

*RRP*

### [PROPOSED] AMENDED ORDER TO RELEASE AND DISBURSE FUNDS

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** THAT:

The $5,000.00 appeal bond deposited by Bandas Law Firm, P.C. on behalf of Objector Robert Burack into the Registry of the Court under Case No. 1:13-cv-08285 together with any interest minus the Clerk's Registry fee is hereby released and shall be disbursed as follows:

**$5,000.00 shall be:**

Made payable and mailed to:

Bandas Law Firm, P.C.
500 N. Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78401

ENTERED: March _11_, 2016.

REBECCA R. PALLMEYER
United States District Judge